**Dismiss and Opinion Filed November 6, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00743-CR**

**PATTY ANN ARMSTRONG, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 072659**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Molberg

Patty Ann Armstrong appeals her conviction for aggravated assault with a deadly weapon causing serious bodily injury. This Court lacks jurisdiction over the appeal. Accordingly, we dismiss the appeal.

Appellant was indicted on four counts: (1) aggravated assault with a deadly weapon causing serious bodily injury to a member of appellant's family or member of appellant's household or a person with whom appellant had or has had a dating relationship, (2) injury to an elderly person causing serious bodily injury, (3) attempted murder, and (4) assault causing bodily injury to a member of appellant's

family or member of appellant's household or a person with whom appellant had or has had a dating relationship. On April 6, 2023, appellant signed a judicial confession and a plea agreement. The plea agreement, which was signed by appellant, her attorney, the prosecutor, and the trial court, provided appellant would plead guilty to count one, and the State would waive counts two, three, and four. The plea agreement included a waiver of the right of appeal: "I, therefore, with consent of defense counsel, waive any and all statutory time for sentencing and my right to file a motion for a new trial and to appeal and state that it is my desire to be here and now sentenced on this the 6[th] day of April, 2023."

After a sentencing hearing, the trial court followed the plea agreement and found appellant guilty as to count 1 and sentenced her to forty years' imprisonment. The trial court then dismissed counts two, three, and four pursuant to the plea agreement. The trial court's certification of appellant's right of appeal states the court "certif[ies] this criminal case is a plea-bargain case and the defendant has NO right of appeal." The certification is signed by the trial court, appellant, and appellant's trial counsel.

A defendant in a criminal case has the right of appeal as set out in the Code of Criminal Procedure and the Rules of Appellate Procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02; TEX. R. APP. P. 25.2(a). Rule of Appellate Procedure 25.2 provides that in a plea-bargain case a defendant may appeal only "those matters that were raised by written motion filed and ruled on before trial," "after getting the trial

court's permission to appeal," or "where the specific appeal is expressly authorized by statute." TEX. R. APP. P. 25.2(a)(2). When an appellant waives his right to appeal as part of his plea bargain agreement with the State, a subsequent notice of appeal filed by him fails to "initiate the appellate process," thereby depriving this Court of jurisdiction over the appeal. *Lundgren v. State*, 434 S.W.3d 594, 599 (Tex. Crim. App. 2014).

In this case, appellant and the State entered into a plea agreement in which appellant agreed to plead guilty to the charge of aggravated assault in count one, the State and appellant agreed to waive their rights to a jury trial, and both the State and appellant agreed to the trial court's dismissal of counts two, three, and four in the indictment. The documents appellant signed contained multiple admonishments reflecting that appellant waived her right of appeal. The clerk's record contains no written motions filed by appellant that were ruled on before trial. Appellant did not receive the trial court's permission to appeal, and there is no specific statutory authorization that would authorize an appeal in this case. Under these circumstances, we must dismiss the appeal without further action. *See* TEX. R. APP. P. 25.2(d); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Accordingly, we dismiss appellant's appeal for want of jurisdiction.

230743f.u05                         /Ken Molberg/
Do Not Publish                      KEN MOLBERG
Tex. R. App. P. 47.2(b)             JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PATTY ANN ARMSTRONG,
Appellant

No. 05-23-00743-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 15th Judicial District Court, Grayson County, Texas
Trial Court Cause No. 072659.
Opinion delivered by Justice Molberg. Justices Reichek and Smith participating.

Based on the Court's opinion of this date, this appeal is dismissed for want of jurisdiction.

Judgment entered this 6th day of November, 2023.